

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,949-01

### EX PARTE JOSE ARROZ RANGEL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W09-53959-N(A) IN THE 195TH DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed his conviction. *Rangel v. State,* No. 05-11-00604-CR (Oct. 30, 2012). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On Oct. 6, 2020, the State filed a response stating that it needed additional time to investigate Applicant's allegation concerning a letter from its Public Integrity Division that disclosed an alternative suspect's potentially favorable post-conviction statement. The State further asserted that it intended to file a supplemental response with the trial court after additional investigation. The record before this Court reflects no further activity.

The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the State completed its investigation and before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The State shall complete its investigation and submit its supplemental response, and the trial court shall make findings of fact and conclusions of law, within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: December 16, 2020
Do not publish